```
           UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF FLORIDA
                  TAMPA DIVISION
```

PAUL A. SHARF and
C. MARIE STENERSEN,

      Plaintiffs,
v.                                      Case No. 8:12-cv-638-T-33EAJ

MACWCP II, LLC,

      Defendant.
_____/

**ORDER**

    This matter comes before the Court pursuant to Plaintiff Paul A. Sharff's Notice of Removal (Doc. # 1), filed on March 26, 2012. This case was removed by Sharff from the Circuit Court, Twelfth Judicial Circuit, in and for Manatee County, Florida, pursuant to 28 U.S.C. § 1452(a), titled "Removal of claims related to bankruptcy cases," which states, "A party may remove any claim or cause of action in a civil action ... to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title." See also 28 U.S.C. § 1334; FED. R. BANKR. P. 9027.

    Plaintiff Sharff explains that on or about September 27, 2010, he filed a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Ft. Myers Division,

bearing case number 9:10-bk-23104-JPH.  In his Notice of Removal, Sharff requests this Court to refer this action to the United States Bankruptcy Court for the Middle District of Florida, Ft. Myers Division, so that the litigation can proceed as a part of the Chapter 11 case.

Under 28 U.S.C. § 157(a), "[e]ach district court may provide that any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 shall be referred to the bankruptcy judges for the district."  On July 11, 1984, the District Courts of the Middle District of Florida entered an Administrative Order, 84-MISC-152, providing that all cases "arising in or related to a case under Title 11" would be transferred and referred to the Bankruptcy Court pursuant to 28 U.S.C. § 157(a).

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

This case is **REFERRED** to the United States Bankruptcy Court, for the Middle District of Florida, Ft. Myers Division, for all further proceedings in accordance with 28 U.S.C. § 157.  This case shall be assigned to the Honorable Jeffery P. Hopkins, United States Bankruptcy Judge, as it relates to a case pending before him (9:10-bk-23104-JPH). The Clerk is

directed to transfer the contents of the file to the Bankruptcy Court, terminate all pending motions and deadlines in the District Court, and close the file.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 17th day of May, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record